# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2770
LT Case No. 16-2024-DR-3940

_____

MYRNA JAD,

    Appellant,

    v.

CHRIS ABINUMAN,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Eric Chase Roberson, Judge.

Myrna Jad, Orange Park, pro se.

No Appearance for Appellee.

December 23, 2025

PER CURIAM.

    AFFIRMED.

EDWARDS and HARRIS, JJ., concur.
LAMBERT, J., dissents without opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____